No. 99–7355.  JONES *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–7357.  KULAS *v.* VALDEZ ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–7358.  LONGSTRETH *v.* MONTANA.  Sup. Ct. Mont.  Certiorari denied.

No. 99–7360.  PRATT *v.* TEXAS.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 99–7363.  RANDON *v.* HUBBARD, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 99–7364.  RIDGEWAY *v.* KAISER, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 99–7369.  BOYD *v.* GIBSON, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 99–7370.  BROOKS *v.* MIKKELSEN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 99–7371.  BAYRAMOGLU *v.* GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–7372.  BRIDGES *v.* BOOHER, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 99–7374.  BLACK *v.* KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 99–7378.  MIDDLETON *v.* MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 99–7380.  ROGERS *v.* TEXAS.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 99–7381.  SWARTZ *v.* IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 99–7385.  RAYFORD *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.